**Todd M. Friedman (216752)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES MCKAIN,** ) | Case No. 3:10-CV-00340 MEJ |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| **AARGON COLLECTION AGENCY,** ) | |
| ) | |
| Defendant. ) | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal with Prejudice will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 5th day of May, 2010

By: s/Todd M. Friedman
Todd M. Friedman, Esq. SBN 216752
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
Attorneys for Plaintiff

Notice of Settlement - 1

Filed electronically on this 5th day of May, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Maria-Elena James
United States District Court
Northern District of California

A copy mailed on this 5th day of May, 2010, to:

Mark J. Bourassa, Esq.
The Bourassa Law Group, LLC
3025 W. Sahara Ave. Ste. 105
Las Vegas NV 89102


This 5th day of May, 2010.

s/Todd M. Friedman
Todd M. Friedman