**Todd M. Friedman (216752)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**Attorneys for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES MCKAIN,**<br><br>Plaintiff,<br><br>vs.<br><br>**AARGON COLLECTION AGENCY,**<br><br>Defendant. | Case No. 3:10-CV-00340 MEJ<br><br>**NOTICE OF SETTLEMENT**<br><br>ORDER VACATING CMC |

   NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal with Prejudice will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

   Respectfully submitted this 5th day of May, 2010

                    By: s/Todd M. Friedman
                        Todd M. Friedman, Esq. SBN 216752
                        Law Offices of Todd M. Friedman, P.C.
                        369 S. Doheny Dr., #415
                        Beverly Hills, CA 90211
                        Phone: 877-206-4741
                        Fax: 866-633-0228
                        Attorneys for Plaintiff

1  Filed electronically on this 5th day of May, 2010, with:

2  United States District Court CM/ECF system

3  Notification sent electronically via the Court's ECF system to:

4

5  Honorable Maria-Elena James
United States District Court

6  Northern District of California

7  A copy mailed on this 5th day of May, 2010, to:

8

9  Mark J. Bourassa, Esq.
The Bourassa Law Group, LLC

10  3025 W. Sahara Ave. Ste. 105
Las Vegas NV 89102

11

12
This 5th day of May, 2010.

13

14  s/Todd M. Friedman
Todd M. Friedman

15

16  The May 13, 2010 Case Management Conference and all related deadlines are hereby
VACATED.  The parties shall file a dismissal or joint status report within 60 days.

17

18  Dated: May 6, 2010

19

20

21                                IT IS SO ORDERED

22

23                                Judge Maria-Elena James

24

25

26

27

28

Notice of Settlement - 2