Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MCKAIN, | Case No. CV10-00340 MEJ |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| AARGON COLLECTION AGENCY, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Voluntary Dismissal Without Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 2nd day of July, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

1  Filed electronically on this 2nd day of July, 2010, with:

2  United States District Court CM/ECF system

3

4  And hereby served upon all parties

5  Notification sent on this 2nd day of July, 2010, via the ECF system to:

6  Honorable Maria-Elena James
7  Judge of the United States District Court
   Northern District of California
8

9  Copy sent via mail on this 2nd day of July, 2010, to:

10 Mark J. Bourassa, Esq.
11 The Bourassa Law Group, LLC
   3025 W. Sahara Ave. Ste. 105
12 Las Vegas NV 89102

13

14

15 By: s/Todd M. Friedman
        Todd M. Friedman
16

17

18

19

20

21

22

23

24

25

26

27

28