Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES MCKAIN,**<br><br>Plaintiff,<br><br>        vs.<br><br>**AARGON COLLECTION AGENCY,**<br><br>Defendant. | ) Case No. CV10-00340 MEJ<br>)<br>) **NOTICE OF VOLUNTARY**<br>) **DISMISSAL WITHOUT PREJUDICE**<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Voluntary Dismissal Without Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 2nd day of July, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Notice of Dismissal - 1

1 | Filed electronically on this 2nd day of July, 2010, with:

2 | United States District Court CM/ECF system

3 |

4 | And hereby served upon all parties

5 | Notification sent on this 2nd day of July, 2010, via the ECF system to:

6 |

7 | Honorable Maria-Elena James
Judge of the United States District Court
Northern District of California

8 |

9 | Copy sent via mail on this 2nd day of July, 2010, to:

10 | Mark J. Bourassa, Esq.
The Bourassa Law Group, LLC
3025 W. Sahara Ave. Ste. 105
Las Vegas NV 89102

15 | By: s/Todd M. Friedman
       Todd M. Friedman

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice of Dismissal - 2